## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MALCOLM SHAWN PHINNEY, SR. | ) | Chapter 7 |
| and CYNTHIA PHINNEY, | ) | Case No. 04-34202 |
| | ) | |
| Debtors. | ) | Adv. Proc. No. 07-03137 |
| | ) | |
| | ) | |
| KEITH L. PHILLIPS, TRUSTEE, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09CV34-HEH |
| | ) | |
| DARNELL WHITAKER, *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |

### <u>ORDER</u>
### (Affirming Order of the Bankruptcy Court)

THIS MATTER is before the Court on appeal from an Order of the United States

Bankruptcy Court for the Eastern District of Virginia ("Bankruptcy Court"). For the reasons

stated in the accompanying Memorandum Opinion, the Order of the Bankruptcy Court is

AFFIRMED.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to all counsel of record.

It is SO ORDERED.

_____ /s/ _____
Henry E. Hudson
United States District Judge

Date: _____
Richmond, VA